UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADAM RUSSELL, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>     v.<br><br><br>29 PRIME, INC., OC LISTING, INC., LOCAL ZOOM, RUSSELL WALLACE and TONY REDMAN,<br><br>                              Defendants | C.A. 1:13-cv-12814-NMG |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Adam Russell and Defendants 29 Prime, Inc., OC Listing, Inc., Local Zoom, Russell Wallace and Tony Redman hereby stipulate that this action is dismissed without prejudice and without costs to any party.

Dated:   January 28, 2015                              Respectfully submitted,

| | |
|---|---|
| /s/ David Pastor<br>David Pastor (BBO# 391000)<br>PASTOR LAW OFFICE, LLP<br>63 Atlantic Avenue, 3d Floor<br>Boston, Massachusetts 02110<br>Telephone: (617) 742-9700<br>dpastor@pastorlawoffice.com<br><br>Preston W. Leonard<br>LEONARD LAW OFFICE, PC<br>63 Atlantic Avenue, 3d floor<br>Boston, Massachusetts 02110<br>Telephone: (617) 329-1295<br>pleonard@theleonardlawoffice.com | /s/ Stephanie P. Alexander<br>Douglas Smith (admitted *pro hac vice*)<br>Stephanie P. Alexander (admitted *pro hac vice*)<br>GORDON & REES, LLP<br>2211 Michelson Drive, Suite 400<br>Irvine, CA 92612<br>Telephone: (949) 255-6950<br>dsmith@gordonrees.com<br>salexander@gordonrees.com<br><br>***COUNSEL FOR DEFENDANTS 29 PRIME, INC., OC LISTING, INC., LOCAL ZOOM, RUSSELL WALLACE AND TONY REDMAN*** |

Case 1:13-cv-12814-NMG   Document 68   Filed 01/28/15   Page 2 of 2

2

| | |
|---|---|
| Leigh Smith (BBO# 645835)<br>MILBERG, LLP<br>One Pennsylvania Plaza, 49th Floor<br>New York, NY 10119<br>Telephone: 646-733-5718<br>Facsimile:  212-504-9581<br>lsmith@milberg.com<br><br>William M. Sweetnam<br>Admitted *Pro Hac Vice*<br>SWEETNAM LLC<br>100 North LaSalle Street, Suite 1010<br>Chicago, Illinois 60602<br>Telephone: (312) 757-1888<br>Facsimile:  (312) 754-8090<br>wms@sweetnamllc.com<br><br>***COUNSEL FOR PLAINTIFF ADAM RUSSELL*** | |

2