UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 13-12814-NMG

Adam Russell

v.

29 Prime, Inc., et al

## ORDER OF DISMISSAL

GORTON, D.J.

In accordance with the Stipulation of Dismissal filed by the parties on 1/28/2015, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/ Christine M. Patch
Deputy Clerk

January 28, 2015

To: All Counsel